UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JAVELIN GLOBAL COMMODITIES (UK), et            :
al.,                                                          :      **ORDER**
                                                              :
                                    Plaintiffs,        :      21 Civ. 787 (AKH)
            v.                                                :
                                                              :
LEXINGTON COAL COMPANY, LLC, et al,            :
                                                              :
                                    Defendants.        :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        By joint letter dated March 3, 2022, the parties informed the Court that they

reached a settlement agreement and signed a term sheet.  Accordingly, this case is dismissed and

the status conference scheduled for March 18, 2022 is canceled.

        If the settlement is not consummated within 30 days of this order, or an

authorized enlarged date, either party may apply by letter for restoration of the action within 10

days after the close of said period.  All pending court dates are cancelled.  The Clerk is directed

to close the case.


        SO ORDERED.

Dated:        March 9, 2022                          ___/s/ Alvin K. Hellerstein___
              New York, New York                     ALVIN K. HELLERSTEIN
                                                     United States District Judge