IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| **JAVELIN GLOBAL COMMODITIES (UK), LTD and BLUEGRASS COMMODITIES LP (formerly known as Blackjewel Marketing and Sales, LLC),** | ) ) ) ) ) | The motion is granted. The conference scheduled for April 7, 2022 is adjourned to May 4, 2022 at 11:30 a.m. The parties shall jointly submit their appearances by 12:00 p.m. on May 2, 2022. So ordered. /s/ Alvin K. Hellerstein April 7, 2022 |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | Index No. 1:21-cv-00787-AKH |
| **LEXINGTON COAL COMPANY, LLC,** | ) ) ) | |
| **Defendant.** | ) | |

## MOTION FOR ADJOURNMENT OF STATUS CONFERENCE

AND NOW, comes Defendant, Lexington Coal Company, LLC, by and through undersigned counsel, and hereby respectfully requests an adjournment of the status conference scheduled for April 8, 2022 at 10:30 a.m. Undersigned counsel, Jeffrey T. Criswell, is in trial in the Court of Common Pleas of Allegheny County, Pennsylvania and is unable to appear for the aforementioned status conference.

Counsel for Plaintiff, Robert Bell, Esquire, has provided consent of the adjournment of the status conference.

For the reason stated above, Plaintiff respectfully requests that the Court hereby adjourn the status conference scheduled for April 8, 2022 and provide a new date.

DATED:  April 7, 2022                                LEECH TISHMAN FUSCALDO & LAMPL, LLC

                                                            by:*/s/ Jeffrey T. Criswell*
                                                            David E. Lampl
                                                            Jeffrey T. Criswell
                                                             Matthew J. Burne
                                                            525 William Penn Place, 28th Floor
                                                             Pittsburgh, PA  15219
                                                             412-261-1600 (Main)
                                                             412-227-5551 (Facsimile)
                                                            dlampl@leechtishman.com

jcriswell@leechtishman.com
mburne@leechtishman.com

*Counsel for Defendant,*
*Lexington Coal Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | | |
|---|---|---|
| **JAVELIN GLOBAL COMMODITIES (UK), LTD and BLUEGRASS COMMODITIES LP (formerly known as Blackjewel Marketing and Sales, LLC),** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Index No. 1:21-cv-00787-AKH |
| **LEXINGTON COAL COMPANY, LLC,** | ) ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Jeffrey T. Criswell, do hereby certify that on April 7, 2022, I caused to be served the foregoing *Motion for Adjournment of Status Conference* by electronic mail to the following:

John G. Turner, III
Jennifer S. Fahey
Robert R. Bell, III
Kevin W. Barret
Brian A. Glasser
BAILEY & GLASSER LLP
jturner@baileyglasser.com
jfahey@baileyglasser.com
rbell@baileyglasser.com
kbarrett@baileyglasser.com
bglasser@baileyglasser.com

*Counsel for Plaintiffs,*
*Javelin Global Commodities (UK), LTD*
*and Bluegrass Commodities LP*

LEECH TISHMAN FUSCALDO & LAMPL, LLC

by: */s/ Jeffrey T. Criswell*
David E. Lampl
Jeffrey T. Criswell
Matthew J. Burne
525 William Penn Place, 28th Floor

Pittsburgh, PA  15219
412-261-1600 (Main)
412-227-5551 (Facsimile)
dlampl@leechtishman.com
jcriswell@leechtishman.com
mburne@leechtishman.com

*Counsel for Defendant,
Lexington Coal Company, LLC*

2