UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JAVELIN GLOBAL COMMODITIES (UK), et al.,  :
: **ORDER**
:
                 Plaintiffs, : 21 Civ. 787 (AKH)
v. :
:
LEXINGTON COAL COMPANY, LLC, et al, :
:
                 Defendants. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 4, 2022 I held a conference with the parties. At my suggestion, the parties indicated they will continue with settlement negotiations in light of the discussion held on the record.

        By May 31, 2022, the parties shall submit a letter informing me of the status of negotiations. The letter should indicate whether negotiations were successful, whether the parties require more time for negotiations, or if negotiations were unsuccessful. If the negotiations are unsuccessful, Plaintiff shall file its reply brief to the pending motion by June 10, 2022.

        SO ORDERED.

Dated:    May 4, 2022                                       /s/ Alvin K. Hellerstein
            New York, New York                      ALVIN K. HELLERSTEIN
                                                                 United States District Judge