UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JAVELIN GLOBAL COMMODITIES (UK), et al., :
: **ORDER**
Plaintiffs, :
: 21 Civ. 787 (AKH)
v. :
:
LEXINGTON COAL COMPANY, LLC, et al, :
:
Defendants. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are ordered to appear for oral argument of the pending motions to enforce settlement, *see* ECF Nos. 56 and 70, on November 1, 2022 at 2:00 p.m. in Courtroom 14D, 500 Pearl Street, New York, NY 10007.

      Finally, no later than October 28, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    September 2, 2022                               /s/ Alvin K. Hellerstein
            New York, New York                       ALVIN K. HELLERSTEIN
                                                                   United States District Judge