IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| JAVELIN GLOBAL COMMODITIES (UK) LTD and BLUEGRASS COMMODITIES LP (formerly known as Blackjewel Marketing and Sales, LLC<br>Plaintiffs,<br><br>v.<br><br>LEXINGTON COAL COMPANY, LLC<br>Defendant/ Counterclaim Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:21-cv-00787<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon due consideration, Defendant Lexington Coal Company, LLC's Motion to Stay Enforcement of my December 20, 2022 Order is granted. ECF No. 85.

My December 20, 2022 Order is stayed pending resolution of Defendant's Motion for Reconsideration of the Court's December 20, 2022 Order. ECF No. 82.

SO ORDERED.

*/s/ Alvin K. Hellerstein*
1-6-23