UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JAVELIN GLOBAL COMMODITIES (UK), :
LTD and BLUEGRASS COMMODITIES LP, : **ORDER**
:
        Plaintiffs, : 21 Civ. 787 (AKH)
 -against- :
:
LEXINGTON COAL COMPANY, LLC, :
:
        Defendant. :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

   I held a status conference in this case on March 31, 2023. At the conference I held that, as to the issue of whether my earlier decision holding that Plaintiff-Javelin was entitled to summary judgment for $750,000 for the marketing agreement, that settlement is interdependent with the other parts of the agreement and no longer binding. I also instituted the following deadlines:

- Plaintiff has until April 11, 2023, to make any further amendments to its amended complaint. Any additional allegations will be deemed denied by the Defendant.
- Defendant must make a production by April 21, 2023, in response to Plaintiffs' previous discovery requests. No interrogatories should be needed.
- Fact discovery shall be completed by August 31, 2023;
- A status conference shall be held on September 8, 2023.

   SO ORDERED.

Dated:  April 10, 2023          _Alvin K. Hellerstein_
     New York, New York        ALVIN K. HELLERSTEIN
                     United States District Judge