```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JAVELIN GLOBAL COMMODITIES (UK),                               :
LTD and BLUEGRASS COMMODITIES LP,                              :    ORDER REGULATING
                                                               :    PROCEEDINGS
                                Plaintiffs,                    :
        -against-                                              :    21 Civ. 787 (AKH)
                                                               :
LEXINGTON COAL COMPANY, LLC,                                   :
                                                               :
                                Defendant.                     :
                                                               :
                                                               :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 15, 2023 I held a telephonic status conference in the above-captioned matter in which the parties agreed upon an expert discovery and motion schedule.

The identification of experts and their reports will be issued no later than October 5, 2023. Rebuttals are to be filed by November 6, 2023. Depositions must close by December 8, 2023. All motions must be filed by October 13, 2023. All opposition briefs must be filed by November 3, 2023. Replies must be filed by November 17, 2023. These dates are not adjournable.

SO ORDERED.

Dated:   September 15, 2023              /s/ Alvin K. Hellerstein
         New York, New York           ALVIN K. HELLERSTEIN
                                      United States District Judge