IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAVELIN GLOBAL COMMODITIES (UK), LTD and BLUEGRASS COMMODITIES, LP,** | Index No. 1:21-cv-00787-AKH |
| **Plaintiffs,** | **FINAL JUDGMENT ORDER** |
| v. | |
| **LEXINGTON COAL COMPANY, LLC,** | |
| **Defendant.** | |

WHEREAS Summary Judgment was granted in favor of Plaintiffs Javelin Global Commodities (UK) Ltd. and Bluegrass Commodities, LP, and against Defendant Lexington Coal Company, LLC, by order and opinion filed September 23, 2024 (ECF No. 121):

A. Judgment shall be had in favor of Plaintiff Bluegrass Commodities, LP and against Defendant Lexington Coal Company, LLC in the total amount of $18,663,546.36, and Plaintiff may have execution therefor after November 5, 2024.

B. Judgment shall be had in favor of Plaintiff Javelin Global Commodities (UK) Ltd. and against Defendant Lexington Coal Company, LLC in the total amount of $1,218,783.39, and Plaintiff may have execution therefor after November 5, 2024.

C. Except as provided herein, all claims and counterclaims between the parties, alleged or that could have been alleged in this case, are dismissed with prejudice.

D. Plaintiffs Javelin Global Commodities (UK) Ltd. and Bluegrass Commodities, LP are entitled to recover post judgment interest on their respective judgments at the federal

rate from the date of judgment until paid.

SO ORDERED.

Dated:   November 5, 2024 　　　　　　　　　　　　/s/ Alvin K. Hellerstein
         New York, New York 　　　　　　　　　　　ALVIN K. HELLERSTEIN
                                                  United States District Judge